FILED - GR
February 28, 2008 4:56 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ___gf____ /_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIE JEANETTE MASON,
FRANK BRIAN AMBROSE,
AREN BERNARD BURTHWICK, and
STEPHANIE LYNNE FULTZ *nee* DZAGULONES,

    Defendants.
_____/

No.

**1:08-cr-47**
**Paul L Maloney**
**US District Judge**

**MOTION TO SEAL**

    Now comes the United States of America by Charles R. Gross, United States Attorney for the Western District of Michigan, and Hagen W. Frank, Assistant United States Attorney, and moves this court to seal the Indictment in the above entitled case in order that the execution of the arrest warrants be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendants are advised of these proceedings, arrested, the investigation is completed, or further order of this court.

Respectfully submitted,

CHARLES R. GROSS
United States Attorney

Dated: February 26, 2008

_____
HAGEN W. FRANK
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**IT IS SO ORDERED.**

Dated: February _28_, 2008

_____
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge
United States District Court