UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                    No. 1:08-CR-47

vs.                                    Honorable Paul L. Maloney
                                           U. S. District Judge

MARIE JEANETTE MASON,

        Defendant.
_____/

**MOTION TO SEAL GOVERNMENT'S *EX PARTE* MOTION**
**FOR ORDER REGULATING DISCOVERY**

     Now comes the United States of America by Charles R. Gross, United States Attorney for the Western District of Michigan, and Hagen W. Frank, Assistant United States Attorney, and moves this Court to seal the Government's *Ex Parte* Motion For Order Regulating Discovery in order to protect the ongoing investigation, and that such sealing remain in force and operation until further order of this Court.

Dated: March 27, 2008                             /s/ Hagen W. Frank
                                                         HAGEN W. FRANK
                                                          Assistant United States Attorney
                                                          P.O. Box 208
                                                          Grand Rapids, MI  49501-0208
                                                          (616) 456-2404