UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

UNITED STATES OF AMERICA

        Plaintiff,          No. 1:08-CR-47

        vs.          Hon. PAUL L. MALONEY
                                                      United States District Judge

MARIE JEANETTE MASON,

        Defendant.

_____/

**ORDER GRANTING GOVERNMENT *EX PARTE* MOTION TO DEFER DISCOVERY**

        The United States has moved, *ex parte* and under seal, for an Order under Fed. R. Crim. P. 16(d)(1) granting it authority to delay disclosure of certain recorded statements of Defendant Marie Mason that are in the Government's possession and that are required to be disclosed pursuant to Fed. R. Crim. P. 16(a)(1)(B)(i).

        The Court, having reviewed the Government's submission, including its summary of the substance of the recordings and its justifications for the requested delay, **FINDS** that there is good cause for delay and that such delay will not prejudice Defendant Marie Mason's ability to prepare her defense. Accordingly, the Court **ORDERS** that the Government may delay disclosure of the recorded statements to Defendant until May 1, 2008. The Court further **ORDERS** that the Government's motion shall remain sealed until further Order of the Court.

Dated:  March 28 , 2008                              /s/   Paul L. Maloney
                                                                                       Hon. Paul L. Maloney
                                                                                        United States District Judge