UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,                               No. 1:08-CR-47

vs.

MARIE JEANETTE MASON,

    Defendant.                          MOTION TO SEAL
_____/

      Now comes the United States of America by Donald A. Davis, United States Attorney for the Western District of Michigan, and Hagen W. Frank, Assistant United States Attorney, and moves this court to seal the Addendum to the Sentencing Memorandum in the above entitled case in order to protect the secrecy of the Grand Jury, and that such sealing remain in force and operation until further order of this court.

                                                             Respectfully submitted,

                                                             DONALD A. DAVIS
                                                             United States Attorney

Dated:  January 30, 2009                /s/ Hagen W. Frank
                                                             HAGEN W. FRANK
                                                            Assistant United States Attorney
                                                            P.O. Box 208
                                                            Grand Rapids, MI  49501-0208
                                                            (616) 456-2404