UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-CR-47 |
| Plaintiff, | |
| vs. | Hon. Paul L. Maloney |
| | Chief United States District Judge |
| MARIE JEANETTE MASON, | |
| Defendant. | |

## MOTION TO UNSEAL

Now comes the United States of America by Donald A. Davis, United States Attorney for the Western District of Michigan, and Hagen W. Frank, Assistant United States Attorney, and moves this Court to unseal Docket number 176: Sealed Document in the above captioned case in order to make it a part of the District Court record for purposes of appeal.

Respectfully submitted,

DONALD A. DAVIS
United States Attorney

Dated: September 16, 2009

　/s/ Hagen W. Frank　
HAGEN W. FRANK
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI  49501-0208